# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PAMELA MURPHY, | : | No. 137 EAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ACE CHECK CASHING INC.), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.